IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDEAL TRUIDALLE**  **Plaintiff,** | )<br>)<br>) |
| vs. | ) Case No. 19-cv-743-SMY<br>) |
| **DEE DEE BROOKHART, ROB JEFFREYS, CODY PIPER, JOSH CRAWFORD, KYLER WEST, MICHAEL FISHER, HAYLEY KERMICLE, SARA STOVER, SHAWN OCHS, and WEXFORD HEALTH SOURCES, INC.,**  **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 119), recommending the undersigned grant Motions for Summary Judgment for Failure to Exhaust Administrative Remedies filed by Defendants (Docs. 86, 88, 105). No objections have been filed to the Report. For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusions that Plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit. The Court finds no clear error

in Judge Daly's findings, analyses, or conclusions, and adopts her Report and Recommendation in its entirety.

Accordingly, Defendants' Motions for Summary Judgment for Failure to Exhaust Administrative Remedies (Docs. 86, 88, 105) are **GRANTED**. Plaintiff's claims are **DISMISSED without prejudice** and the Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED: September 23, 2021

                                                        **STACI M. YANDLE**
                                                        **United States District Judge**